■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELUID BENNETT, SR., Appellant. (Appeal No. 2.) [849 NYS2d 836]— Appeal from a judgment of the Monroe County Court (Elma A. Bellini, J.), rendered February 15, 2005. The judgment convicted defendant, upon his plea of guilty, of assault in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Bennett* (48 AD3d 1031 [2008]). Present—Scudder, P.J., Centra, Fahey, Green and Pine, JJ.